*Receipt # 7957  $1039.00*

| **United States Bankruptcy Court**<br>**Western District of New York** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Stamatis & Duble, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>*11-20503* |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Peter Geyer Steakhouse** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**800 Pittsford Victor Road**<br>**Pittsford, NY**<br>ZIP Code **14534** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Monroe** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **800 Pittsford Victor Road**<br>**Pittsford, NY 14534** |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13  ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts.

**Filing Fee (Check one box)**

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

FILED — BANKRUPTCY COURT — ROCHESTER — MAR 23 PM 12:45

Estimated Number of Creditors

| ■ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Stamatis & Duble, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

FILED 2011 MAR 23 PM 12: U.S. BANKRUPTCY COURT W.D.N.Y. - ROCHESTER

| Voluntary Petition | Name of Debtor(s): |
| | **Stamatis & Duble, LLC** |
| *(This page must be completed and filed in every case)* | |

<table>
<tr><td colspan="2" align="center"><b>Signatures</b></td></tr>
</table>

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X _David Rasmussen_____
Signature of Attorney for Debtor(s)

**David Rasmussen, Esq.**
Printed Name of Attorney for Debtor(s)

**Davidson Fink, LLP**
Firm Name

**28 East Main St.**
**Suite 1700**
**Rochester, NY 14614**

Address

**Email: drasmussen@davidsonfink.com**
**585-546-6448**
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**Peter Stamatis**
Printed Name of Authorized Individual

**Member**
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Western District of New York

In re   **Stamatis & Duble, LLC**

Debtor(s)

Case No. _____

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Alsco**<br>**548 St. Paul Street**<br>**Rochester, NY 14605** | Alsco<br>548 St. Paul Street<br>Rochester, NY 14605 | **Services provided** | | 1,963.08 |
| **Amiel J. Mokhiber, Jr.**<br>**4330 East Avenue**<br>**Rochester, NY 14618** | Amiel J. Mokhiber, Jr.<br>4330 East Avenue<br>Rochester, NY 14618 | **Monies loaned** | | 24,604.75 |
| **Baker Street Bakery**<br>**745 Park Avenue**<br>**Rochester, NY 14607** | Baker Street Bakery<br>745 Park Avenue<br>Rochester, NY 14607 | **Goods provided** | | 1,403.10 |
| **Bevinco**<br>**41 Scarborough Park**<br>**Rochester, NY 14625** | Bevinco<br>41 Scarborough Park<br>Rochester, NY 14625 | **Goods provided** | | 2,640.00 |
| **Cheesy Eddies**<br>**602 South Avenue**<br>**Rochester, NY 14620** | Cheesy Eddies<br>602 South Avenue<br>Rochester, NY 14620 | **Goods provided** | | 582.30 |
| **Empire Merchants North, LLC**<br>**P.O. Box 10**<br>**Coxsackie, NY 12051** | Empire Merchants North, LLC<br>P.O. Box 10<br>Coxsackie, NY 12051 | **Goods provided** | | 583.41 |
| **Frontier Telephone**<br>**PO Box 23008**<br>**Rochester, NY 14692** | Frontier Telephone<br>PO Box 23008<br>Rochester, NY 14692 | **Telephone services provided** | | 717.84 |
| **Irondequoit Food Court, Inc.**<br>**200 Park Avenue**<br>**Rochester, NY 14607** | Irondequoit Food Court, Inc.<br>200 Park Avenue<br>Rochester, NY 14607 | **Monies loaned** | | 100,437.93 |
| **Jacobstein Food Service**<br>**15 Airline Drive**<br>**Rochester, NY 14624** | Jacobstein Food Service<br>15 Airline Drive<br>Rochester, NY 14624 | **Goods provided** | | 7,763.97 |
| **John M. Maggio, CPA**<br>**200 Park Avenue**<br>**Rochester, NY 14607** | John M. Maggio, CPA<br>200 Park Avenue<br>Rochester, NY 14607 | **Accounting services provided** | | 10,500.00 |
| **M&T Bank**<br>**2655 East Henrietta Road**<br>**Henrietta, NY 14467** | M&T Bank<br>2655 East Henrietta Road<br>Henrietta, NY 14467 | **Line of Credit** | | 24,053.89 |
| **Maines Paper & Food Service, Inc.**<br>**P.O. Box 642530**<br>**Pittsburgh, PA 15264-2530** | Maines Paper & Food Service, Inc.<br>P.O. Box 642530<br>Pittsburgh, PA 15264-2530 | **Goods provided** | | 30,280.56 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Stamatis & Duble, LLC**                                          Case No. _____
                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Peter A. Stamatis<br>3349 Monroe Avenue<br>Rochester, NY 14618 | Peter A. Stamatis<br>3349 Monroe Avenue<br>Rochester, NY 14618 | Monies loaned | | 43,000.00 |
| Rapid Printing Service, Inc.<br>8 South High Street<br>Victor, NY 14564 | Rapid Printing Service, Inc.<br>8 South High Street<br>Victor, NY 14564 | Services provided | | 595.61 |
| Regional Distributors, Inc.<br>1143 Lexington Avenue<br>Rochester, NY 14606 | Regional Distributors, Inc.<br>1143 Lexington Avenue<br>Rochester, NY 14606 | Services provided | | 4,479.02 |
| Southern Wines & Spirits of Upstate NY<br>P.O. Box 4705<br>Syracuse, NY 13221-4705 | Southern Wines & Spirits of Upstate NY<br>P.O. Box 4705<br>Syracuse, NY 13221-4705 | Goods provided | | 3,537.49 |
| Suburban Disposal<br>P.O. Box 112<br>Spencerport, NY 14559 | Suburban Disposal<br>P.O. Box 112<br>Spencerport, NY 14559 | Services provided | | 1,212.80 |
| Tarantino Foods, LLC<br>530 Bailey Avenue<br>Buffalo, NY 14206 | Tarantino Foods, LLC<br>530 Bailey Avenue<br>Buffalo, NY 14206 | Goods provided | | 11,222.30 |
| The State Insurance Fund<br>P.O. Box 4788<br>Syracuse, NY 13221-4788 | The State Insurance Fund<br>P.O. Box 4788<br>Syracuse, NY 13221-4788 | Insurance provided | | 4,052.05 |
| Zoe's Market, Inc.<br>3349 Monroe Avenue<br>Rochester, NY 14618 | Zoe's Market, Inc.<br>3349 Monroe Avenue<br>Rochester, NY 14618 | Monies loand | | 161,848.15 |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **3/22/11**                                  Signature  _____
                                                              **Peter Stamatis**
                                                              **Member**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re **Stamatis & Duble, LLC** _____,    Case No. _____
                                                Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>   1   </u>    continuation sheets attached

B6E (Official Form 6E) (12/07) - Cont.

In re **Stamatis & Duble, LLC**     Case No. _____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Notice purpose only | | | | | | |
| **Commissioner of Labor State Office Building Campus, Bldg. 12 Albany, NY 12240-0122** | - | | | | | | 1.00 | 0.00 | 1.00 |
| Account No. | | | Notice purpose only | | | | | | |
| **Commissioner of Taxation & Finance 259 Monroe Avenue Rochester, NY 14607** | - | | | | | | 1.00 | 0.00 | 1.00 |
| Account No. | | | Notice purpose only | | | | | | |
| **Internal Revenue Service Andover, MA 05501** | - | | | | | | 1.00 | 0.00 | 1.00 |
| Account No. | | | Notice purpose only | | | | | | |
| **New York State Dept. of Taxation Bankruptcy Section PO Box 5300 Albany, NY 12205-0300** | - | | | | | | 1.00 | 0.00 | 1.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | | |
|---|---|---|---|
| Subtotal (Total of this page) | | 4.00 | 0.00 / 4.00 |
| Total (Report on Summary of Schedules) | | 4.00 | 0.00 / 4.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re **Stamatis & Duble, LLC**          Case No. _____

_____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor and the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Alsco**<br>**548 St. Paul Street**<br>**Rochester, NY 14605** | - | | | | **March-April, 2011**<br>**Services provided** | | | | 1,963.08 |
| Account No.<br><br>**Amiel J. Mokhiber, Jr.**<br>**4330 East Avenue**<br>**Rochester, NY 14618** | - | | | | **Monies loaned** | | | | 24,604.75 |
| Account No.<br><br>**Bagel Central, LLC**<br>**60 Embassy Drive**<br>**Rochester, NY 14618** | - | | | | **January-March, 2011**<br>**Goods provided** | | | | 399.60 |
| Account No.<br><br>**Baker Street Bakery**<br>**745 Park Avenue**<br>**Rochester, NY 14607** | - | | | | **February-March, 2011**<br>**Goods provided** | | | | 1,403.10 |

<u> 6 </u>   continuation sheets attached

                                                         Subtotal
(Total of this page)      28,370.53

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          S/N:31104-090414    Best Case Bankruptcy

In re **Stamatis & Duble, LLC**     Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Bevinco** <br> **41 Scarborough Park** <br> **Rochester, NY 14625** | | - | August, 2010-March, 2011 <br> Goods provided | | | | 2,640.00 |
| Account No. <br><br> **Cheesy Eddies** <br> **602 South Avenue** <br> **Rochester, NY 14620** | | | January, 2011-February, 2011 <br> Goods provided | | | | 582.30 |
| Account No. <br><br> **Crystal Clear Windows** <br> **136 Heather Dale Circle** <br> **Henrietta, NY 14467** | | - | September, 2010-January, 2011 <br> Services provided | | | | 248.40 |
| Account No. <br><br> **Elmira Distributing Co.** <br> **P.O. Box 86** <br> **Elmira, NY 14902** | | - | March, 2011 <br> Goods provided | | | | 219.79 |
| Account No. <br><br> **Empire Merchants North, LLC** <br> **P.O. Box 10** <br> **Coxsackie, NY 12051** | | - | March 16, 2011 <br> Goods provided | | | | 583.41 |

Sheet no. _1_ of _6_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     4,273.90

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stamatis & Duble, LLC**                                           Case No. _____

_____
                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | January-February, 2011 Telephone services provided | | | | |
| Frontier Telephone PO Box 23008 Rochester, NY 14692 | - | | | | | | | |
| | | | | | | | | 717.84 |
| **Account No.** | | | | January 1, 2011 Services provided | | | | |
| Functional Communications Corp. 5900 South Salina Street Syracuse, NY 13205 | - | | | | | | | |
| | | | | | | | | 384.00 |
| **Account No.** | | | | March, 2010 Services provided | | | | |
| HD Supply Facilities Maintenance Ltd. P.O. Box 509058 San Diego, CA 92150-9058 | - | | | | | | | |
| | | | | | | | | 202.18 |
| **Account No.** | | | | January-March, 2011 Goods provided | | | | |
| Heartland Food Products, Inc. 1900 West 47th Place Suite 302 Mission, KS 66205-1815 | - | | | | | | | |
| | | | | | | | | 506.20 |
| **Account No.** | | | | Monies loaned | | | | |
| Irondequoit Food Court, Inc. 200 Park Avenue Rochester, NY 14607 | - | | | | | | | |
| | | | | | | | | 100,437.93 |

Sheet no. __2__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    102,248.15

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

In re   **Stamatis & Duble, LLC**                        Case No. _____
_____
                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Jacobstein Food Service**<br>**15 Airline Drive**<br>**Rochester, NY 14624** | | - | **August-September, 2010**<br>**Goods provided** | | | | 7,763.97 |
| Account No. <br><br>**John M. Maggio, CPA**<br>**200 Park Avenue**<br>**Rochester, NY 14607** | | - | **July, 2009-March, 2011**<br>**Accounting services provided** | | | | 10,500.00 |
| Account No. <br><br>**Lake Beverage**<br>**900 John Street**<br>**West Henrietta, NY 14586** | | - | **March, 2011**<br>**Goods provided** | | | | 441.75 |
| Account No. <br><br>**M&T Bank**<br>**2655 East Henrietta Road**<br>**Henrietta, NY 14467** | | - | **Line of Credit** | | | | 24,053.89 |
| Account No. <br><br>**Maines Paper & Food Service, Inc.**<br>**P.O. Box 642530**<br>**Pittsburgh, PA 15264-2530** | | - | **January-March, 2011**<br>**Goods provided** | | | | 30,280.56 |

Sheet no. _3_ of _6_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        73,040.17

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Stamatis & Duble, LLC**                         Case No. _____

                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | December 15, 2010 | | | | |
| Monroe County Health Department 111 Westfall Road Room 1020 Rochester, NY 14620 | | - | | | | | 370.00 |
| Account No. | | | December 27, 2010-February, 2011 Services provided | | | | |
| Odorite of Rochester, Inc. 819 Westwood Trail Webster, NY 14580 | | - | | | | | 73.83 |
| Account No. | | | August 12, 2010-February, 2011 Goods provided | | | | |
| Pepsi Bottling Corp. P.O. box 75948 Chicago, IL 60675-5948 | | - | | | | | 70.88 |
| Account No. | | | Monies loaned | | | | |
| Peter A. Stamatis 3349 Monroe Avenue Rochester, NY 14618 | | - | | | | | 43,000.00 |
| Account No. | | | September 9, 2010-March, 2011 Services provided | | | | |
| Povinelli Cutlery 3810 Union Road Buffalo, NY 14225-4210 | | - | | | | | 249.47 |

Sheet no. __4__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       43,764.18

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

In re **Stamatis & Duble, LLC** _____, Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>Rapid Printing Service, Inc. <br>8 South High Street <br>Victor, NY 14564 | | - | | August 26, 2010-February, 2011 <br>Services provided | | | | 595.61 |
| Account No. <br><br>Regional Distributors, Inc. <br>1143 Lexington Avenue <br>Rochester, NY 14606 | | - | | November 24, 2010-March, 2011 <br>Services provided | | | | 4,479.02 |
| Account No. <br><br>Rochester Beer & Beverage <br>16 Marway Circle <br>Rochester, NY 14624 | | - | | February 10, 2010-March, 2011 <br>Goods provided | | | | 191.05 |
| Account No. <br><br>Rochester Meat Company, Inc. <br>815 S. Clinton Avenue <br>Rochester, NY 14620 | | - | | June 17, 2010 <br>Services provided | | | | 320.97 |
| Account No. <br><br>Southern Wines & Spirits of Upstate NY <br>P.O. Box 4705 <br>Syracuse, NY 13221-4705 | | - | | February 16, 2011-March, 2011 <br>Goods provided | | | | 3,537.49 |

Sheet no. __5__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,124.14

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re   **Stamatis & Duble, LLC** _____,   Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Suburban Disposal**<br>**P.O. Box 112**<br>**Spencerport, NY 14559** | - | | **January 1, 2011-March, 2011**<br>**Services provided** | | | | 1,212.80 |
| Account No.<br><br>**Tarantino Foods, LLC**<br>**530 Bailey Avenue**<br>**Buffalo, NY 14206** | - | | **July, 2009 - March, 2011**<br>**Goods provided** | | | | 11,222.30 |
| Account No.<br><br>**The State Insurance Fund**<br>**P.O. Box 4788**<br>**Syracuse, NY 13221-4788** | - | | **March 1, 2011**<br>**Insurance provided** | | | | 4,052.05 |
| Account No.<br><br>**Time Warner**<br>**P.O. Box 994**<br>**Buffalo, NY 14270-0994** | - | | **February 10, 2011**<br>**Services provided** | | | | 168.81 |
| Account No.<br><br>**Zoe's Market, Inc.**<br>**3349 Monroe Avenue**<br>**Rochester, NY 14618** | - | | **Monies loand** | | | | 161,848.15 |

Sheet no. **6** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                  Subtotal<br>(Total of this page)      178,504.11

                                    Total<br>(Report on Summary of Schedules)      439,325.18

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

In re    **Stamatis & Duble, LLC**                Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **800 Pittsford Victor Road Co., LLC**<br>**5786 Widewaters Parkway**<br>**P.O. Box 3**<br>**Syracuse, NY 13214-0003** | **Landlord** |
| **Phillips Lytle, LLP**<br>**140 First Federal Plaza**<br>**Attn: Mark Moretti, Esq.**<br>**Rochester, NY 14614** | **Attorney for Landlord** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of New York

In re __Stamatis & Duble, LLC__

Debtor(s)

Case No. _____

Chapter __11__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept.................................................... $ _____ **0.00**

   Prior to the filing of this statement I have received.................................... $ _____ **0.00**

   Balance Due.......................................................................................... $ _____ **0.00**

2. $ __0.00__ of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ☐ Debtor    ■ Other (specify):    **individual member of debtor**

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: __3/22/4__

**David Rasmussen, Esq.**
**Davidson Fink, LLP**
**28 East Main St.**
**Suite 1700**
**Rochester, NY 14614**
**585-546-6448**
**drasmussen@davidsonfink.com**

---

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of New York

In re    **Stamatis & Duble, LLC**                        Case No. _____

                                          Debtor(s)           Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:     _3/22/11_                            _____

                                       **Peter Stamatis/Member**
                                       Signer/Title

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

800 Pittsford Victor Road Co., LLC
5786 Widewaters Parkway
P.O. Box 3
Syracuse, NY 13214-0003

Alsco
548 St. Paul Street
Rochester, NY 14605

Amiel J. Mokhiber, Jr.
4330 East Avenue
Rochester, NY 14618

Bagel Central, LLC
60 Embassy Drive
Rochester, NY 14618

Baker Street Bakery
745 Park Avenue
Rochester, NY 14607

Bevinco
41 Scarborough Park
Rochester, NY 14625

Cheesy Eddies
602 South Avenue
Rochester, NY 14620

Commissioner of Labor
State Office Building
Campus, Bldg. 12
Albany, NY 12240-0122

Commissioner of Taxation & Finance
259 Monroe Avenue
Rochester, NY 14607

Crystal Clear Windows
136 Heather Dale Circle
Henrietta, NY 14467

Elmira Distributing Co.
P.O. Box 86
Elmira, NY 14902

Empire Merchants North, LLC
P.O. Box 10
Coxsackie, NY 12051


Frontier Telephone
PO Box 23008
Rochester, NY 14692


Functional Communications Corp.
5900 South Salina Street
Syracuse, NY 13205


HD Supply Facilities Maintenance Ltd.
P.O. Box 509058
San Diego, CA 92150-9058


Heartland Food Products, Inc.
1900 West 47th Place
Suite 302
Mission, KS 66205-1815


Internal Revenue Service
Andover, MA 05501


Irondequoit Food Court, Inc.
200 Park Avenue
Rochester, NY 14607


Jacobstein Food Service
15 Airline Drive
Rochester, NY 14624


John M. Maggio, CPA
200 Park Avenue
Rochester, NY 14607


Lake Beverage
900 John Street
West Henrietta, NY 14586


M&T Bank
2655 East Henrietta Road
Henrietta, NY 14467

Maines Paper & Food Service, Inc.
P.O. Box 642530
Pittsburgh, PA 15264-2530


Monroe County Health Department
111 Westfall Road
Room 1020
Rochester, NY 14620


New York State Dept. of Taxation
Bankruptcy Section
PO Box 5300
Albany, NY 12205-0300


Odorite of Rochester, Inc.
819 Westwood Trail
Webster, NY 14580


Pepsi Bottling Corp.
P.O. box 75948
Chicago, IL 60675-5948


Peter A. Stamatis
3349 Monroe Avenue
Rochester, NY 14618


Phillips Lytle, LLP
140 First Federal Plaza
Attn: Mark Moretti, Esq.
Rochester, NY 14614


Povinelli Cutlery
3810 Union Road
Buffalo, NY 14225-4210


Rapid Printing Service, Inc.
8 South High Street
Victor, NY 14564


Regional Distributors, Inc.
1143 Lexington Avenue
Rochester, NY 14606

Rochester Beer & Beverage
16 Marway Circle
Rochester, NY 14624


Rochester Meat Company, Inc.
815 S. Clinton Avenue
Rochester, NY 14620


Southern Wines & Spirits of Upstate NY
P.O. Box 4705
Syracuse, NY 13221-4705


Suburban Disposal
P.O. Box 112
Spencerport, NY 14559


Tarantino Foods, LLC
530 Bailey Avenue
Buffalo, NY 14206


The State Insurance Fund
P.O. Box 4788
Syracuse, NY 13221-4788


Time Warner
P.O. Box 994
Buffalo, NY 14270-0994


Zoe's Market, Inc.
3349 Monroe Avenue
Rochester, NY 14618

## CORPORATE RESOLUTION

At a Special Meeting of the Members of Stamatis & Duble, LLC, conducted on March 22, 2011, it is hereby

RESOLVED, that Stamatis & Duble, LLC shall file a petition for relief pursuant to Chapter 11 of the Bankruptcy Code in the Western District of New York, and it is further

RESOLVED, that Peter Stamatis and/or Amiel J. Mokhiber, Jr. are hereby authorized to execute all documents necessary to commence and prosecute the filing of the Chapter 11 petition.

Stamatis & Duble, LLC

By: _____
Peter Stamatis, Member